**2017–0046. State ex rel. Williams v. Smith.**
In Procedendo and Prohibition. On respondent's motion to dismiss. Motion granted. Cause dismissed. On relator's amended verified motion for stay. Motion denied. On respondent's motion to strike

relator's amended verified motion for stay. Motion denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.